Writ Number _______ 83,123-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 13 2015

Abel Acosta, Clerk

In Re,                          > In The Court Of
Ray Randall                     ʂ Criminal Appeals At
     Petitioner                 < Austin, Texas

## Motion For Leave To File

To The Honorable Judge Of Said Court:

COMES NOW, Petitioner in the above-styled cause to move this Court for leave to file the attached Application For Writ Of Mandamus. WHEREFORE, ALL CONSIDERED, the Petitioner prays the Court will grant leave to file attached Mandamus. Application.

Respectfully Submitted,

X _____ 4-7-15

## ORDER

Having heard the Motion this Court hereby ORDERS leave be:     Granted: _____     Denied: _____

Signed On: _____

X _____
Judge Presiding

In Re                    § In The Court Of
Ray Randall            § Criminal Appeals At
          Petitioner        § Austin, Texas

## Application For Writ Of
### Mandamus

To The Honorable Judges Of Said Court:

COMES NOW, Ray Randall, the Petitioner in the above-styled and numbered cause to move this Court to issue Mandamus to the Judge of the 184TH District Court of Harris Co. Texas, to-wit: Judge Jan Krocker to Recuse due to apparent Conflict of Interest, and acts showing bias thru Rulings only for the State, and failure to hear even one or more Request/motions by ProSe Applicant of Habeas Action, thus showing "a high degree of favoritism that Renders fair judgment impossible. And in support shows as follow:

### I.
### Jurisdiction

This cause is concerning State Habeas Corpus proceeding under C.C.P. 11.07, of which this Court has Original Jurisdiction of all State Habeas Matters. This Court has proper jurisdiction over this matter

## II.

## Ministerial Duty

The Court has a Ministerial Duty to administer justice and protect the integrity of the proceedings and rights of the parties involved. The Judge of the 68th District Court of Harris Co. has fail to perform her ministerial duty to protect the integrity of the proceedings and rights of the parties involved by refusing to Recuse herself in the Habeas proceedings of which she herself is the subject of three (3) of the grounds of the (5) grounds brought forth by the Applicant in his Habeas Application Cause No. 959285A, which are as follow:

"Ground 2 - Trial Court Allowed Defendant To Plea Guilty For Burglarizing His Own Property"

"Ground 4 - Due Process violated Where Trial Court Fail To Inquire...."

"Ground 5 - Actual Innocence - Miscarriage Of Justice.... The (stating on Page 15 of Memorandum) `The Court has a duty to administer justice and protect the integrity of the proceedings and rights of the [parties]. The Court errored in allowing a husband to be convicted by Guilty Plea in his court, where facts of separated or community property were undeveloped".

This is a clear "Conflict of Interest", and creates a Bias that can be easily understood to exist. This Bias is shown VIA the courts administration of justice only for the State.

1) Court has heard, and granted every single Motion and Request filed by the State;

2) Court has granted every Request for Order Designating Issues by the State;

3) Court has not heard or granted any Motiones filed by the Applicant Pro Se;

4) Court has not heard, nor granted any of Applicant's Motions Designating Issues and has even fail to Designate Issues or conduct hearing on 'Actual Innocence/Miscarriage of Justice Claim'.

The Habeas claims in the Applicants Application and Memorandum before the Trial Judge Jan Krocker, are 60% of all issues stating Judicial Error or Misconduct by her leading to Wrongful Conviction. This is an apparent Conflict of Interest, and she has shown by her actions in this cause to be extremely bias. The Court has a Ministerial Duty to Recuse itself where it finds Conflict of Issue that may tend to bias; In this inistant cause the court refuse to recuse itself and is showing to be bias there is no Adversarial fundamental Fairness in the proceedings violating Due Process of Law.

## III
## Attempted Remedys And Denials

Upon filing of Original Application for Habeas Corpus and Memorandum, and Motion For Evidentiary ~~Hab~~ Hearing, the Applicant also attached a Motion For Recuse, stating Conflict of Interest. The fail to hear motion and it was thus denied by silence, as no service of Order of denial was served by District Clerk as mandated by law.

Next, Applicant filed to Chief Judge Olen Underwood, to reassign Habeas Action, and denied without Hearing as motion did "not allege extra-judicial conduct". The issue is not however, extra-judicial conduct, but rather Conflict of Interest and court bias that has rendered the Habeas proceedings and outcome unreliable and fair judgment impossible.

Petitioner has no other legal remedy than by way of Mandamus via this Honorable Court.

## IV

Petitioner is Entitled to Due Process of Law and Fundamental Fairness in the legal proceedings by a Judge who is not Bias and shows no favoritism in their rulings by show of the records, and guarantee a fair adversarial process. Petitioner has been denied this fundamental entitlement by Judge Jan Krocker, in his Habeas proceedings and hereby demand relief

by way of Writ of Mandamus for Recusal of Judge Jan Krocker of the 184th District Court of Harris County, Texas from overseeing the cause of which 3 out of 5 claims she is the subject of error via her actions as Trial Judge tending to Wrongful Conviction and Miscarriage of Justice.

## PRAYER

WHEREFORE, ALL CONSIDERED, Petitioner prays this Court will issue relief by way of Mandamus to Recuse by Judge Jan Krocker over Habeas cause number 959285A, of the 184th District Court of Harris County, Texas.

Respectfully Submitted,

X _____ 4-7-15

Petitioner

## Unsworn Declaration

I, Ray Randall, TDCJ #1850644, declare being presently incarcerated in the James V. Allred Unit of TDCJ-CID, in Wichita Co., Texas, declare under penalty of perjury the foregoing is True And Correct.

Executed On: 4-7-15     X _____

Declarant

Page 5

## Order

Having heard this Application, Mandamus is hereby

Granted: _____    Denied: _____

Signed On: _____

X_____
Judge Presiding